IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:08-CR-00073-05 |
| | : | |
| **v.** | : | |
| | : | |
| **JONATHON LEE CABALLERO.** | : | Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, upon consideration of Defendant Jonathan Lee Caballero's *pro se* Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255 and counseled supplemental motion based on *United States v. Davis*, 139 S. Ct. 2319 (2019), (Docs. 439, 441), **IT IS HEREBY ORDERED THAT**:

1. Defendant's motions are **DENIED** for the reasons set forth in the Court's accompanying memorandum; and

2. There is no basis for the issuance of a certificate of appealability; and

**SO ORDERED.**

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: March 12, 2021